960

No. 10–1092. IN RE SCHELLER;
No. 10–9093. IN RE MAY;
No. 10–9106. IN RE LERMA; and
No. 10–9141. IN RE CHATMAN. Petitions for writs of mandamus denied.

No. 10–658. LOPEZ-DUBON v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 10–741. RICHARDSON v. DODDS. C. A. 10th Cir. Certiorari denied.

No. 10–754. NATIVE WHOLESALE SUPPLY v. OKLAHOMA EX REL. EDMONDSON, ATTORNEY GENERAL OF OKLAHOMA. Sup. Ct. Okla. Certiorari denied.

No. 10–804. JONES v. KELLER, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. and JONES v. NORTH CAROLINA DEPARTMENT OF CORRECTION ET AL. Sup. Ct. N. C. Certiorari denied.

No. 10–918. HENDERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–928. NATHEL ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 10–941. MASON v. THOMAS, INTERIM COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–1043. HERNANDEZ v. TERRONES ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–1050. WHITLEY v. ALLEGHENY COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–1063. STEWARD v. TOWN OF PARADISE, CALIFORNIA. C. A. 9th Cir. Certiorari denied.